## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re Novartis, Par, and Endo Antitrust Litigation** | **1:18-cv-04361-AKH** |
| **This Document Relates To:**<br><br>1:18-cv-04361<br>1:18-cv-05536<br>1:18-cv-05603<br>1:18-cv-05708<br>1:18-cv-05886<br>1:18-cv-06776 |  USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 9/6/18 |

## STIPULATION OF VOLUNTARY DISMISSAL OF FEWER THAN ALL PARTIES PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is voluntarily dismissed without prejudice as

against ONLY defendants Endo Pharmaceuticals Inc. and Endo International plc, pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Par Pharmaceutical, Inc. agrees not to contend, claim or argue at any time during this

litigation, including on appeal, that either Endo Pharmaceuticals Inc. or Endo International plc

(collectively, "Endo") are required parties under Federal Rule of Civil Procedure 19 and/or that

the absence of Endo as a defendant in this action would preclude a judgment against Par

Pharmaceutical, Inc. or would otherwise affect Plaintiffs' ability to collect damages against Par

Pharmaceutical, Inc.

So ordered
9-6-18

DATED:  September 5, 2018

By:
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100

By:
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiff UFCW Local 1500*
*Welfare Fund and the end-payor class*

By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

2

DATED:  September 4, 2018

By: _[signature]_
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100

By:
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiff UFCW Local 1500*
*Welfare Fund and the end-payor class*

By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

2

DATED:   September 4, 2018

By:
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
Email: bgerstein@garwingerstein.com
Email: jopper@garwingerstein.com
Email: dlitvin@garwingerstein.com

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
Email: draphael@ssrllp.com
Email: eleger@ssrllp.com
Email: ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
Email: jodom@odrlaw.com
Email: stuart@odrlaw.com
Email: akelly@odrlaw.com
Email: dchiorean@odrlaw.com

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100

By:
Gregory S. Asciolla
Jay L. Himes
Karin E. Garvey
Robin A. van der Meulen
Matthew J. Perez
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
jhimes@labaton.com
kgarvey@labaton.com
rvandermeulen@labaton.com
mperez@labaton.com

Roberta D. Liebenberg
Paul Costa
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com
apessin@finekaplan.com

*Attorneys for Plaintiff UFCW Local 1500*
*Welfare Fund and the end-payor class*

By: D. Elman
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com

2

Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances,*
*LLC and the direct purchaser class*

By:
Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-*
*Operative, Inc. and the direct purchaser class*

By:
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**

choltzman@gelaw.com
amccowan@gelaw.com

*Attorneys for Plaintiff Law Enforcement*
*Health Benefits Inc. and the end-payor class*

By: ⟍⟋· 𝒢ℓ𝓊𝒾𝒶𝓁
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
amccowan@gelaw.com

Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
550 West C St., Ste 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
lindner@hartleyllp.com

Jon R. Stickman
Ashley M. Bond
Amy McDonnell
**DUNCAN & ALLEN**
1730 Rhode Island Ave, NW, Ste. 700
Washington, DC 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
amb@duncanallen.com
aem@duncanallen.com

*Attorneys for Plaintiff Turlock Irrigation*
*District and the end-payor class*

3

Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances,
LLC and the direct purchaser class*


By: *Kristyn Fields*
Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-
Operative, Inc. and the direct purchaser class*


By:
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**

choltzman@gelaw.com
amccowan@gelaw.com

*Attorneys for Plaintiff Law Enforcement
Health Benefits Inc. and the end-payor class*


By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
amccowan@gelaw.com

Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
550 West C St., Ste 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
lindner@hartleyllp.com

Jon R. Stickman
Ashley M. Bond
Amy McDonnell
**DUNCAN & ALLEN**
1730 Rhode Island Ave, NW, Ste. 700
Washington, DC 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
amb@duncanallen.com
aem@duncanallen.com

*Attorneys for Plaintiff Turlock Irrigation
District and the end-payor class*

3

Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
Email: rchorush@hpcllp.com
Email: mjones@hpcllp.com

*Attorneys for Plaintiff Drogueria Betances,
LLC and the direct purchaser class*


By:
Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: kfields@faruqilaw.com


Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
Email: pkohn@faruqilaw.com
Email: jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER & MONTAGUE, P.C.**
1622 Locust St.
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: dsorensen@bm.net
Email: ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-
Operative, Inc. and the direct purchaser class*

By:
Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**

choltzman@gelaw.com
amccowan@gelaw.com


*Attorneys for Plaintiff Law Enforcement
Health Benefits Inc. and the end-payor class*


By:
Robert G. Eisler
Deborah A. Elman
Chad B. Holtzman
Allison J. McCowan
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
amccowan@gelaw.com


Jason S. Hartley
Jason M. Lindner
**HARTLEY LLP**
550 West C St., Ste 1750
San Diego, CA 92101
Tel: (619) 400-5822
Fax: (619) 400-5832
hartley@hartleyllp.com
lindner@hartleyllp.com


Jon R. Stickman
Ashley M. Bond
Amy McDonnell
**DUNCAN & ALLEN**
1730 Rhode Island Ave, NW, Ste. 700
Washington, DC 20036
Tel: (202) 289-8400
Fax: (202) 289-8450
jrs@duncanallen.com
amb@duncanallen.com
aem@duncanallen.com


*Attorneys for Plaintiff Turlock Irrigation
District and the end-payor class*

3

850 Third Avenue, 14th Floor
New York, New York 10022
Tel:  212-687-1980
Fax:  212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel:  312-224-1500
Fax:  312-224-1510
Email: jvanek@vaneklaw.com
Email: dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the direct purchaser class*

By:

Benjamin M. Greenblum
Elise Baumgarten
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendants Endo
Pharmaceuticals Inc. and Par
Pharmaceutical, Inc.*

By:
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis
Pharmaceuticals Corporation, Novartis
Corporation and Novartis AG*

4

850 Third Avenue, 14th Floor
New York, New York 10022
Tel:  212-687-1980
Fax:  212-687-7714
Email: rkaplan@kaplanfox.com
Email: mmccahill@kaplanfox.com
Email: rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel:  312-224-1500
Fax:  312-224-1510
Email: jvanek@vaneklaw.com
Email: dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC*
*and the direct purchaser class*

By:
Benjamin M. Greenblum
Elise Baumgarten
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com

*Attorneys for Defendants Endo*
*Pharmaceuticals Inc. and Par*
*Pharmaceutical, Inc.*

By: Julie A. North //GF
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis*
*Pharmaceuticals Corporation, Novartis*
*Corporation and Novartis AG*

4