## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Novartis and Par Antitrust Litigation<br><br>This document relates to:<br><br>*Walgreen* (18-cv-9861)<br>*Rite Aid* (18-cv-11835) | 1:18-cv-04361-AKH |

## **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs in the *Walgreen* and *Rite Aid* cases respectfully notify the Court of the decision of the Federal Trade Commission in *In re: Impax Laboratories, Inc.*, Docket No. 9373 (March 28, 2019), a copy of which is attached as Exhibit 1. In that decision, after finding that Impax Laboratories, Inc. had entered into an unlawful reverse-payment settlement with a generic competitor, the Commission entered a cease-and-desist order that included prospective relief similar to the relief being requested here. *See* Exhibit 1 at 43-44. This Notice is being submitted in connection with Defendants' Motion to Dismiss Walgreen Co.'s and The Kroger Co.'s Claims for Injunctive Relief (No. 18-cv-4361, ECF Docs. 118-119) and Plaintiffs' Memorandum of Law in Opposition to that motion (No. 18-cv-4361, ECF Doc. 120).

Dated: June 24, 2019

| | |
|---|---|
| By: /s/ Scott E. Perwin | By:/s/ Barry L. Refsin |
| Scott E. Perwin | Barry L. Refsin |
| Lauren C. Ravkind | Monica L. Kiley |
| Anna T. Neill | Eric L. Bloom |
| **KENNY NACHWALTER P.A.** | **HANGLEY ARONCHICK SEGAL** |
| Four Seasons Tower | **PUDLIN & SCHILLER** |
| 1441 Brickell Avenue, Suite 1100 | One Logan Square, 27th Floor |
| Miami, FL 33131 | Philadelphia, PA 19103 |
| Tel: (305) 373-1000 | Tel.: (215) 568-6200 |
| Email: sperwin@knpa.com | Email: brefsin@hangley.com |
| Email: lravkind@knpa.com | Email: mkiley@hangley.com |
| Email: aneill@knpa.com | Email: ebloom@hangley.com |
| *Attorneys for Walgreen Plaintiffs* | *Attorneys for Rite Aid and CVS* |