**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

**In re Novartis and Par Antitrust Litigation**

**1:18-cv-04361-AKH**

**This Document Relates To:**

**All Cases**

---

## JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINTS

WHEREAS, Par Pharmaceutical, Inc., Novartis Pharmaceuticals Corporation, and Novartis AG[1] are collectively referred to as "Defendants."

WHEREAS, on August 15, 2019, this Court issued an Opinion and Order Granting Defendants' Partial Motion to Dismiss (ECF No. 193);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants have until August 29, 2019 to answer Plaintiffs' operative complaints;

WHEREAS, Defendants seek, and Plaintiffs consent to, a limited extension of the deadline to answer Plaintiffs' operative complaints, until September 6, 2019.

ACCORDINGLY, IT IS HEREBY STIPULATED AND ORDERED THAT:

1.  Defendants shall have until September 6, 2019 to answer Plaintiffs' operative complaints in the above-captioned matter.

SO ORDERED:

Dated: _August 26_, 2019

_____
The Honorable Alvin K. Hellerstein
UNITED STATES DISTRICT JUDGE

---

[1] Novartis AG is a defendant in the Direct Purchaser and Retailer Plaintiff actions only.

1

DATED:  August 23, 2019

By: */s/ Dan Litvin*
Bruce E. Gerstein
Joseph Opper
Dan Litvin
**GARWIN GERSTEIN & FISHER LLP**
88 Pine Street, 10th Floor
New York, NY 10005
Tel: (212) 398-0055
Fax: (212) 764-6620
bgerstein@garwingerstein.com
jopper@garwingerstein.com
dlitvin@garwingerstein.com

*Attorneys for Plaintiff Drogueria Betances,
LLC and interim lead counsel for the direct
purchaser class*

David Raphael
Erin Leger
Susan Segura
**SMITH SEGURA & RAPHAEL, LLP**
3600 Jackson St., Ste. 111
Alexandria, LA 71303
Tel: (318) 445-4480
Fax: (318) 487-1741
draphael@ssrllp.com
eleger@ssrllp.com
ssegura@ssrllp.com

John Gregory Odom
Stuart Des Roches
Andrew Kelly
Dan Chiorean
**ODOM & DES ROCHES**
Poydras Center
650 Poydras Street, Suite 2020
New Orleans, LA 70130
Tel: (504) 522-0077
Fax: (504) 522-0078
jodom@odrlaw.com
stuart@odrlaw.com
akelly@odrlaw.com
dchiorean@odrlaw.com

By: */s/ Robin A. van der Meulen*
Gregory S. Asciolla
Robin A. van der Meulen
Tianran Song
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
gasciolla@labaton.com
rvandermeulen@labaton.com
tsong@labaton.com

*Attorneys for Plaintiff UFCW Local 1500
Welfare Fund and interim lead counsel for
the end-payor class*

Robert G. Eisler
Deborah A. Elman
Kelly L. Tucker (*pro hac vice*)
Chad B. Holtzman
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
reisler@gelaw.com
delman@gelaw.com
choltzman@gelaw.com
ktucker@gelaw.com

*Attorneys for Plaintiff Law Enforcement
Health Benefits Inc. and the end-payor class*

2

Russell A. Chorush
Miranda Jones
**HEIM PAYNE & CHORUSH LLP**
1111 Bagby, Suite 2100
Houston, TX 77002
Tel: (713) 221-2000
Fax: (713) 221-2021
rchorush@hpcllp.com
mjones@hpcllp.com

*Additional Attorneys for Plaintiff Drogueria Betances, LLC and for the direct purchaser class*

Kristyn Fields
**FARUQI & FARUQI, LLP**
685 Third Ave., Floor 26
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
kfields@faruqilaw.com

Peter Kohn
Joseph T. Lukens
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Tel: (215) 277-5770
pkohn@faruqilaw.com
jlukens@faruqilaw.com

David F. Sorensen
Caitlin G. Coslett
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
dsorensen@bm.net
ccoslett@bm.net

*Attorneys for Plaintiff Rochester Drug Co-Operative, Inc. and the direct purchaser class*

By:  */s/ Benjamin M. Greenblum*
Benjamin M. Greenblum
Elise Baumgarten
Thomas Ryan
R. Chet Otis
**WILLIAMS & CONNOLLY LLP**
650 Fifth Avenue, Suite 1500
New York, New York 10019
Tel: (646) 949-2800
Fax: (646) 949-2801
bgreenblum@wc.com
ebaumgarten@wc.com
tryan@wc.com
rcotis@wc.com

*Attorneys for Defendant Par Pharmaceutical, Inc.*

By: */s/ Julie A. North*
Evan R. Chesler
Julie A. North
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, New York 10019
Tel: (212) 474-1000
Fax: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Attorneys for Defendants Novartis Pharmaceuticals Corporation and Novartis AG*

By: */s/ Lauren Ravkind*
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
Anna T. Neill
Joshua Gray
**KENNY NACHWALTER P.A.**
Four Seasons Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
sperwin@knpa.com
lravkind@knpa.com

3

Robert N. Kaplan
Matthew P. McCahill
Ralph E. Labaton
**KAPLAN FOX & KILSHEIMER, LLP**
850 Third Avenue, 14th Floor
New York, New York 10022
Tel: 212-687-1980
Fax: 212-687-7714
rkaplan@kaplanfox.com
mmccahill@kaplanfox.com
rlabaton@kaplanfox.com

Joseph M. Vanek
David P. Germaine
**VANEK, VICKERS & MASINI P.C.**
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Tel: 312-224-1500
Fax: 312-224-1510
jvanek@vaneklaw.com
dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, LLC
and the direct purchaser class*

Michael L. Roberts
Debra G. Josephson
Stephanie E. Smith
**ROBERTS LAW FIRM, P.A**
20 Rahling Circle
Little Rock, AR 72223
Tel.: (501) 821-5575
Fax: (501) 821-4474
mikeroberts@robertslawfirm.us
debrajosephson@robertslawfirm.us
stephaniesmith@robertslawfirm.us

*Attorneys for Plaintiff KPH Healthcare
Services, Inc., a/k/a Kinney Drugs, Inc and
the direct purchaser class*

aneill@knpa.com

*Attorneys for Plaintiffs Walgreen Co., The
Kroger Co., and H-E-B, L.P.*

By: */s/ Eric L. Bloom*
Alexander J. Egervary
Barry L. Refsin
Eric L. Bloom
**HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, PA 19103
(215) 568-6200
aegervary@hangley.com
brefsin@hangley.com
ebloom@hangley.com

*Attorneys for Plaintiffs CVS Pharmacy, Inc.,
Rite Aid Corporation & Rite Aid Hdqtrs.
Corp.*

4